ILND 450 (Rev. 10/13) Judgment in a Civil Action

# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Jocelyn Colon, | |
| Plaintiff, | |
| v. | Case No.  22-cv-05915 |
| | Judge Manish Shah |
| HY Supplies, Inc., | |
| Defendant. | |

## <u>JUDGMENT IN A CIVIL CASE</u>

Judgment is hereby entered (check appropriate box):

☐      in favor of plaintiff(s)
and against defendant(s)
in the amount of $    ,

         which ☐ includes     pre–judgment interest.
              ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐      in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

---

☒      other:  this case is voluntarily dismissed with prejudice, with taxable costs to be assessed against plaintiff under Federal Rule of Civil Procedure 54(d)(1) and 28 U.S.C. § 1920.

---

This action was *(check one)*:

☐ tried by a jury with Judge Manish Shah presiding, and the jury has rendered a verdict.
☐ tried by Judge Manish Shah without a jury and the above decision was reached.
☒ decided by Judge Manish Shah.

Date:  6/6/2024            Thomas G. Bruton, Clerk of Court

                              /Susan McClintic , Deputy Clerk