## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| JOCELYN COLON, **Plaintiff,** v. HY SUPPLIES, INC., **Defendant.** | Civ. Action No. 1:22-cv-5915 Hon. Judge Manish Shah NOTICE OF APPEAL |

### NOTICE OF APPEAL

To:   Benjamin J. Sweet (ben@nshmlaw.com)
      **Nye, Stirling, Hale, Miller & Sweet, LLP**
      1145 Bower Hill Road, Suite 104
      Pittsburgh, PA 15243
      *One of the attorneys for Jocelyn Colon*

**NOTICE IS HEREBY GIVEN** that Defendant, **HY SUPPLIES, INC.**, in the above

named case, hereby appeal to the United States Court of Appeals for the Seventh Circuit from the

final judgment entered on June 6, 2024 [Dkt. 74] by the Honorable Judge **MANISH SHAH**, Judge

of the United States District Court for the Northern District of Illinois, Eastern Division, and of all

interlocutory decisions and actions by the District Court leading up to such final judgment.

                                        Respectfully submitted,

                                        HY SUPPLIES, INC.

                                        /s/ Shorge K. Sato, Esq
                                        *Attorney for HY Supplies, Inc.*

Shorge Kenneth Sato, Esq.
Engaged Counsel
600 N. Kingsbury St. Unit 910
Chicago, IL 60654
(773) 206-7630
shorge@engagedcounsel.com
ARDC No. 6278382