# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

March 10, 2025

*By the Court*:

| | |
|---|---|
| No. 24-2011 | JOCELYN COLON,<br>         Plaintiff - Appellee<br><br>v.<br><br>HY SUPPLIES, INC.,<br>         Defendant - Appellant |
| **Originating Case Information:** | |
| District Court No: 1:22-cv-05915<br>Northern District of Illinois, Eastern Division<br>District Judge Manish S. Shah | |

Upon consideration of the **AGREED MOTION FOR VOLUNTARY DISMISSAL**, filed on March 7, 2025, by counsel for the appellant,

**IT IS ORDERED** that this case is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).

CERTIFIED COPY
A True Copy
Teste:
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

form name: **c7_FinalOrderWMandate**     (form ID: **137**)